**STATE of Missouri (Respondent),**

v.

**Timothy L. NEWTON (Appellant).**

**Timothy L. NEWTON (Appellant),**

v.

**STATE of Missouri (Respondent).**

Nos. WD 43899, 45945.

Missouri Court of Appeals, Western District.

March 16, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 1993.

Application to Transfer Denied June 29, 1993.

█

Melinda Kay Pendergraph, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

PER CURIAM

ORDER

Defendant appeals from his conviction for robbery in the first degree, section 569.-020 RSMo 1986, and the denial of his post-conviction motion to vacate the conviction and sentence of seventeen years imprisonment, Rule 29.15 V.A.M.R.

Affirmed. Rule 84.16(b).